AO 91 (REV.5/85) Criminal Complaint

AUSA Mark Schneider (312) 353-5356

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF ___ILLINOIS, EASTERN DIVISION_____

UNITED STATES OF AMERICA

**FILED**

v.

HUSTON KLINE

OCT 3 0 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MAGISTRATE JUDGE DENLOW**

**CRIMINAL COMPLAINT**

CASE NUMBER **06CR0799**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. In or about___June 2006___ in ___Cook___ County, in the ___Northern___ District of _____

___Illinois, Eastern Division_____ defendant(s) did,

> employ, use, persuade, induce, entice and coerce a minor under the age of eighteen, namely Victim A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that have been mailed, shipped or transported in interstate or foreign commerce by any means and which visual depiction was actually transported in interstate commerce,

in violation of Title _____18_____ United States Code, Section(s) ___2251(a)___.

I further state that I am a(n)___Task Force Officer, Federal Bureau of Investigation___ and that

this complaint is based on the following facts:

> See attached affidavit.

Continued on the attached sheet and made a part hereof: _X_ Yes _____ N

Victor V. Elias, TFO, Federal Bureau of Investigation
Signature of Complainant

Sworn to before me and subscribed in my presence,

___October 30, 2006___ at
Date

___Chicago, Illinois___
City and State

___Morton Denlow, U.S. Magistrate Judge___
Name & Title of Judicial Officer

Signature of Judicial Officer

**State of Illinois**        )
                                ) SS

**County of Cook**           )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Victor V. Elias, being duly sworn, depose and state as follows:

1.      I am employed as a Task Force Officer with the Federal Bureau of Investigation (FBI) and am assigned to the Cyber Crime Squad. I have been a Task Force Officer with the FBI for approximately one month. I have been a sworn law enforcement officer for approximately five years. In my capacity as a Task Force Officer, my responsibilities include investigating violations of federal criminal laws, including identifying and investigating online child sexual exploitation and child pornography.

2.      I have investigated cases involving juveniles for more than a year and a half. In performing my duties, I have interviewed juvenile victims in sexual assault and sexual abuse cases and have participated in the execution of a search warrant in an FBI investigation involving allegations that an individual possessed child pornography on his/her computer. In addition to my experience, I have received on the job training in the investigation of computer-related child exploitation crimes. My training includes, but is not limited to, Basic Juvenile Officer Course, Seizing and Handling of Digital Evidence, Image Scan version 2.1, and the Attorney General's Task Force Conference on MySpace. investigations. I have observed and reviewed many examples of child pornography in various media formats, including computer-based formats.

3.      As a Task Force Officer, I am authorized to investigate the violation of United

States law and have the authority to execute warrants issued under the authority of the United States.

4.     The information contained in this Affidavit is based upon my own observations, training, and experience, as well the investigation of other law enforcement officers, including but not necessarily limited to FBI Special Agent Tracie L. Keegan, Cook County Sheriff's Police Investigators Sergeant Michael Anton, Investigator Jacki Becker, Investigator Mary DeLaurentis, and Cook County States Attorney's Investigator Diane Schlamadinger.

5.     Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging Huston Kline with the production of child pornography in violation of Section 2251(a) of Title 18, I have included only a summary of the investigation and not every fact and detail known to me as a result of the investigation.

## FACTUAL BACKGROUND

6.     On or about October 6, 2006, FBI Special Agent Tracie Keegan was contacted by Sergeant Michael Anton, Cook County Sheriff's Police, Child Exploitation Unit. Sergeant Anton advised he had been contacted by a counselor at a particular middle school in Cook County, Illinois, advising that a fourteen year old female student (hereinafter, "**Victim #1**"), may have engaged in an inappropriate sexual relationship with a 28 year old male "Huston."

7.     On or about October 6, 2006, Victim #1 was interviewed at the Cook County

2

Sheriff's Police Department. Victim #1 stated in April or May 2006, she had met an individual, Huston Kline, using the email address, twiztid26_78@sbcglobal.net and ravyn19@hotmail.com, online at www.MySpace.com.

8.     Victim #1 stated she and Kline communicated via the computer and cellular telephone. Victim #1 stated she would call Kline with her mother's cellular telephone. Victim #1's mother provided a copy of her cellular telephone bill, and Victim #1 indicated that Kline's telephone number, listed on the telephone bill, was (630) 985-2287.

9.     Victim #1 stated that she and Kline initially talked about music and particular music bands. Victim #1 stated she began to enjoy talking with Kline because he would tell her he liked her and she thought he was a very cool guy. Victim #1 said they also talked about engaging in sexual activity. Victim #1 advised that Kline said he wanted to meet Victim #1. Victim #1 advised they agreed that Kline would pick her up in his vehicle and in front of her middle school. Victim #1 was aware that Kline would take her to his residence and that they would engage in sexual activity. Victim #1 stated that Kline told her he lived with his grandparents in Woodridge, Illinois.

10.    Victim #1 advised that during the summer of 2006, Kline picked her up in front of her middle school. Victim #1 stated Kline was driving a black, older model, 2 door, Chevrolet Blazer. Victim #1 stated Kline drove her to his home and they engaged in unprotected sexual intercourse.

11.    Victim #1 stated that she and Kline met a second time during the summer of

3

2006. Victim #1 advised that Kline picked her up in front of her middle school and on this occasion he was driving a light brown, older model, 4 door, sedan. Victim #1 stated Kline again took her to his residence in Woodridge, Illinois, and they engaged in unprotected sexual intercourse.

12.    Victim #1 advised that during their conversations on the internet via MySpace and e-mails, Kline asked her to take nude photographs of herself and send the nude photographs to him via the internet. Victim #1 advised that Kline also asked her to take photographs of her vagina and to send the photographs to him. Victim #1 advised she used her brother's digital camera and she took several nude photographs of herself and she sent the photographs to Kline via her e-mail account per his request.

13.    Victim #1 advised Kline also sent naked images depicting his pierced penis to her via e-mail. Victim #1 advised she also communicated with Kline through his AOL AIM account screen name "Puremetalgod", his MSN Hotmail e-mail account ravyn19@hotmail.com and his SBC Global e-mail account twiztid26_78@sbcglobal.net.

14.    As noted, Victim #1 stated that she took the photographs with Victim #1's brother's digital camera. Victim #1's mother called the brother and told him to bring the camera. When the brother arrived, Cook County Sheriff's Police seized the digital camera, which is described as a Polaroid PDC5070 digital camera, model number 3343 with a memory card inserted within the camera, brand name: Scandisk, serial number BB0536202658B. Both the camera and memory card indicate that they were made in China.

4

15.     Victim #1 also gave consent for investigators from CCSPD to assume her online identity. Investigator Becker then accessed Victim #1's email account (as identified by Victim #1) (hereinafter, "**Victim #1's Email Account**"). Within the inbox of Victim #1's Email Account were two email messages from twiztid26_78@sbcglobal.net. One of the email messages, dated June 14, 2006, contained text with two image attachments. The text message read, "enjoy ill take more later when we are alone and your friends go home." The images were titled, "2_times.jpg" and "nice_pic.jpg." Both of the images depicted an adult male's pierced penis. The second email message, dated August 31, 2006, contained text with four image attachments. The text read, "hope you enjoy them they are for you." The images were titled, "private.jpg", "private_2.jpg", "private3.jpg", and "private_4.jpg." All four times depicted an adult male penis, without the piercing.

16.     The review of Victim #1's Email Account also documented text messages and images Victim #1 had sent.     On June 6, 2006, Victim #1 sent an email to ravyn19@hotmail.com. The text read, "Hey i sent u the pix like u wanted me to do lol sum might look the same but w/e lol lets just hope it works tho be sum of them i didnt resize lol , talk to u later." Attached to the email message were 8 images of Victim #1. The images were not pornographic.

17.     On  June  15,  2006,  Victim  #1  sent  an  email  message  to twiztid26_78@sbcglobal.net. The text read, "told u it's a bad pic but no u wanted it anyways lol." The image, titled "Huston_030.jpg", was a close up of a vagina that had, "U SUCK

5

LOL!", written over the image. On June 15, 2006, Victim #1 sent an email message at twiztid26_78@sbcglobal.net. The text read, "bad pic but u wanted it anyways so i sent it anyways and umm i had to take part of it out lol but u can still c." Attached to the email was a close up image a vagina. The image was titled "Huston_038.jpg".

18.     On July 22, 2006, Victim #1 sent an email message to twiztid26_78@sbcglobal.net. There was no text associated with this email message. There were two images attached to the email message. The images were close up images of a vagina. The title of the images were "My_Body_015.jp" and "My_Body_016.jpg."

19.     On July 26, 2006, Victim #1 sent an email message to twiztid26_78@sbcglobal.net. The text read, "SORRY BABE I JUST WANT U TO SAY U LOVE ME BC I LOVE U AND LIKE IDK Y BUT WIT U I JUST FEEL LIKE I HAVE KNOWN U FOR LIKE EVER SO I AM SORRY I WILL JUST KEEP MY MOUTH SHUT ABOUT THINGS AND ITS HARD FOR ME TO TELL U THIS WEN U DON'T LOVE ME THAT Y I E-MAILED U INSTEAD OF TELLIN U ONLINE."

20.     On August 9, 2006, Victim #1 sent an email message to ravyn19@hotmail.com. There was no text with the exception of a "smiley face" emoticon. There were 14 images attached to the email. The images were close up images of a vagina, with the exception of two of the images that depicted buttocks. The images were titled, "pix_001.jpg", "pix_002.jpg", pix_003.jpg", "pix_004.jpg", "pix_005.jpg", "pix_007.jpg", "pix_008.jpg", "pix_010.jpg", "pix_011.jpg", "pix_012.jpg", "pix_013.jpg", "pix_014.jpg", "pis_022.jpg", "pix_024.jpg".

6

21. On August 14, 2006, Victim #1 sent an email message to twiztid26_78@sbcglobal.net. The text read, "i have been wanting to tell u this for a while now but im affraid ur gonna get pissed or sumthin but w/e im tellin u anyways ok it hurts me that u don't love me after all the shit me and u do and u say u don't love me after all that and shit idk how to explain it to u but like ya i don't get how u do all this shit wit me but u don't love me:(".

22. On September 6, 2006, Victim #1 sent an email message to twiztid26_78@sbcglobal.net. The text read, "i know i suck at takin pix lol". There were five images attached to the email message. The images were close up images of a vagina. In three of the images, Victim #1 had inserted a pink Sharpie marker in her vagina. The images were titled, "pix_117.jpg", "pix_125.jpg", "pix_126.jpg", "pix_128.jpg", and "pix_113.jpg".

23. Investigators showed the foregoing photographs to Victim #1 and she confirmed that the photographs depicted her vagina.

24. On October 13, 2006, Investigators DeLaurentis and Becker spoke with a friend of Victim #1. The friend of Victim #1 is a 14 year old female (hereinafter, **Victim #2**). Victim #2 advised she was aware that Victim #1 had been communicating with "Huston" since the end of the 2005 school year, starting around May 2006. Victim #2 stated she witnessed Victim #1 communicating with Huston on Victim #1's computer. Victim #2 said she also witnessed Victim #1 talking to Huston via Victim #1's mother's cellular telephone.

25. Victim #2 stated she was told by Victim #1, in July 2006, that Victim #1 had met Huston in person and they had engaged in sexual activity. Victim #2 also advised that

7

during the summer of 2006 she was over at Victim #1's house when Victim #1 asked her to communicate online with Huston on her computer. Victim #2 stated she began chatting online with Huston. Victim #2 stated that Huston asked her to "take pictures of herself like Victim #1 had and send them to him."

26.     Victim #2 stated that Victim #1 had entered the bathroom and had taken pictures of herself, then came out of the bathroom and told Victim #2 she should also take pictures of herself. Victim #2 took photos of herself. Victim #2 stated the pictures they took were of their vaginas. Victim #2 advised Victim #1 downloaded the images to her computer and then sent them to Huston. Victim #2 stated Victim #1 then deleted the images from the camera and the computer. Victim #2 advised that Huston had also sent images of his penis, which she also observed. Victim #2 stated Huston asked her if she wanted to engage in a "three-some" with Huston and Victim #1. Victim #2 advised they had arranged so that all three of them could meet for this purpose, however, Victim #2 decided not to meet with them. Victim #2 stated she remembered telling Huston they were both 15 years of age.

27.     On October 24, 2006, Task Force Officer Elias and Special Agent Keegan asked Victim #1 to view a photographic line-up. Upon presenting the photographic line-up to Victim #1, Victim #1 positively identified the individual depicted in photograph number 4 as the individual she knows as Huston Kline. The individual depicted in photograph 4 was Huston Kline, date of birth August 19, 1978, who resides at 7606 Woodridge Drive, Woodridge, Illinois.

28.     On October 24, 2006, Victim #1's mother turned over a U.S. Cellular

8

telephone bill, dated June 26, 2006. A review of the telephone bill documented six telephone calls made from Victim #1's cellular telephone number to telephone number (630)985-2287, which as noted above Victim #1 had identified as Kline's telephone number. According to provider records, the subscriber to that telephone number is Individual A at 7606 Woodridge Drive, Woodridge, Illinois.

29.    An Administrative Subpoena was served on AOL AIM for any and all subscriber information and the Internet Protocol (IP) connection history (transactional data) for the account holder of AIM screen name "puremetalgod". Results obtained on October 18, 2006, revealed that the screen name "puremetalgod" had an associated e-mail address of twiztid26_78@sbcglobal.net, with the last login being October 17, 2006.

30.    An Administrative Subpoena was served on MSN Hotmail Corporation for any and all subscriber information and the Internet Protocol (IP) connection history (transactional data) for the account holder of the Hotmail e-mail account ravyn19@hotmail.com. The results obtained on October 18, 2006, revealed login ravyn19@hotmail.com is registered to Huston Kline in Illinois, 60517.

31.    An Administrative Subpoena was served on SBC Global (now known as AT&T Internet Services) for any and all subscriber information and the Internet Protocol (IP) connection history (transactional data) for the account holder of the SBC e-mail account twiztid26_78@sbcglobal.net. Results obtained on October 25, 2006, revealed the subscriber to the account is Individual A, with a primary billing address of 7606 Woodridge Drive, Woodridge, Illinois 60517, customer telephone number (630) 985-2287 and member

9

identifications, kzerbe and twiztid26_78.

32.     On October 24, 2006, TFO Elias and SA Keegan drove by the 7606 Woodridge Drive address in Woodridge, Illinois. Kline was observed sitting on the front steps of the residence with a cordless telephone in his hand. A light brown, older model, four door sedan, Illinois registration 939 6582 was observed parked in the driveway. A query of the vehicle through the Illinois Secretary of State's Office, identified the vehicle as a 1987 Oldsmobile, four door, registered to Huston Kline, at 7606 Woodridge Drive, Woodridge, Illinois.

33.     On October 24, 2006, SA Keegan conducted a query of the AutoTrakXP database. The query documented that Kline's last reported address is 7606 Woodridge Drive, Woodridge, Illinois, with a telephone number of (630)985-2287.     The owners of the residence are documented as Individual A and Individual B, who share the same last name. The report also documented a 2000 Chevrolet S10 Blazer, with Illinois registration 571 5231, registered to Individual A.

34.     On October 25, 2006, U.S. Postal Inspector Phillip Steele advised that Kline had received mail at 7606 Woodridge Drive, Woodridge, Illinois, as recently as October 25, 2006. Inspector Steele also advised that Individual A and Individual B are also receiving mail at the same address. According to public records, Individual A, a male, was born in 1929 and Individual B, a female, was born in 1937. This information is consistent with Victim #1's statements that Huston Kline lives with his grandparents.

10

## CONCLUSION

35.     Based on the foregoing information, I respectfully submit there is probable cause to believe that Huston Kline did employ, use, persuade, induce, entice and coerce a minor under the age of eighteen, namely Victim A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that have been mailed, shipped or transported in interstate or foreign commerce by any means and which visual depiction was actually transported in interstate commerce, in violation of Title 18, United States Code, Section 2251(a).

TASK FORCE OFFICER VICTOR ELIAS
FEDERAL BUREAU OF INVESTIGATION

Sworn and subscribed before me
this  30th day of October, 2006

MORTON DENLOW
U.S. MAGISTRATE JUDGE

11