UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
OCT 30 2006
MAGISTRATE JUDGE
MORTON DENLOW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 06CR 799 |
| | ) Hon. Morton Denlow |
| HUSTON KLINE | ) |
| | ) |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT AND ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that the criminal complaint and arrest warrant be and remain <u>under seal</u> for a period through and including November 10, 2006, or until the arrest of the defendant, whichever is sooner.

In support of its motion, the government states that the investigation into criminal activity is continuing and that the disclosure of the information contained in the affidavit and application may have a negative impact on the ongoing investigation and jeopardize its effectiveness.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Mark E. Schneider

MARK E. SCHNEIDER
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5356

Dated: October 30, 2006