# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 (Rev. 5/98)

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US vs. Huston Kline

FOR: ND of Ill
AT: Chicago

FILED NOV 0 2 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

District Court: 06 CR 744

PERSON REPRESENTED (Show your full name): Mr. Huston Kline

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ _____

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $500.00 — DESCRIPTION: Auto 1987 Olds

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 2 (crossed out)

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Credit | |
|---|---|---|
| Grandparents home | $ | student |
| medical bills | $3000.00 | SSI available |
| living expenses | $ | $100.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 11·2·06

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Huston Kline