FILED LAL
NOV 2 8 2006
NOV 2 8 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 06 CR 799 |
| | ) | JUDGE KENNELLY |
| v. | ) | MAGISTRATE JUDGE DENLOW |
| | ) | Violations: Title 18, United States Code, |
| | ) | Sections 2251(a), 2252A(a)(2)(A), and |
| HUSTON KLINE | ) | 2422(b). |

## COUNT ONE

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

Beginning in or about April or May 2006 and continuing through in or about September 2006, at Woodridge and elsewhere, in the Northern District of Illinois, Eastern Division,

HUSTON KLINE,

defendant herein, using a facility and means of interstate and foreign commerce, knowingly persuaded, induced, and enticed an individual who had not attained the age of 18 years, namely Victim #1, to engage in sexual activity, namely sexual intercourse with the defendant, for which any person can be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about June 15, 2006, at Woodridge and elsewhere, in the Northern District of Illinois, Eastern Division,

HUSTON KLINE,

defendant herein, employed, used, persuaded, induced, and enticed a minor under the age of eighteen, namely Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely the digital image "Huston_038.jpg", which visual depiction defendant knew and had reason to know would be transported in interstate commerce, was produced using materials that have been shipped or transported in interstate and foreign commerce by any means, and which was actually transported in interstate commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about August 9, 2006, at Woodridge and elsewhere, in the Northern District of Illinois, Eastern Division,

HUSTON KLINE,

defendant herein, employed, used, persuaded, induced, and enticed a minor under the age of eighteen, namely Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely the digital image "pix_008.jpg", which visual depiction defendant knew and had reason to know would be transported in interstate commerce, was produced using materials that have been shipped or transported in interstate and foreign commerce by any means, and which was actually transported in interstate commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about August 9, 2006, at Woodridge, in the Northern District of Illinois, Eastern Division,

HUSTON KLINE,

defendant herein, knowingly received child pornography, namely digital image "pix_007.jpg", that has been transported in interstate commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

# COUNT FIVE

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about September 6, 2006, at Woodridge and elsewhere, in the Northern District of Illinois, Eastern Division,

HUSTON KLINE,

defendant herein, employed, used, persuaded, induced, and enticed a minor under the age of eighteen, namely Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely the digital image "pix_126.jpg", which visual depiction defendant knew and had reason to know would be transported in interstate commerce, was produced using materials that have been shipped or transported in interstate and foreign commerce by any means, and which was actually transported in interstate commerce;

In violation of Title 18, United States Code, Section 2251(a).

## **COUNT SIX**

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about September 6, 2006, at Woodridge, in the Northern District of Illinois, Eastern Division,

HUSTON KLINE,

defendant herein, knowingly received child pornography, namely digital image "pix_125.jpg", that has been transported in interstate commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT SEVEN

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

In or about the summer of 2006, at Woodridge and elsewhere, in the Northern District of Illinois, Eastern Division,

HUSTON KLINE,

defendant herein, employed, used, persuaded, induced, and enticed a minor under the age of eighteen, namely Victim #2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely digital images of Victim #2's vagina, which visual depiction defendant knew and had reason to know would be transported in interstate commerce, was produced using materials that have been shipped or transported in interstate and foreign commerce by any means, and which was actually transported in interstate commerce;

In violation of Title 18, United States Code, Section 2251(a).

# FORFEITURE ALLEGATION

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

1. The allegations of Counts One through Seven of this Indictment are realleged and incorporated by reference as though fully set forth herein for purposes of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. As a result of his violation of Title 18, United States Code, Sections 2251(a), 2422(b), and 2252A(a)(2)(A), as alleged in the foregoing Indictment,

HUSTON KLINE,

defendant herein, shall forfeit to the United States any and all interest in property that contains visual depictions and matter produced, transported, shipped, and received in violation thereof, and any and all property used and intended to be used to commit and to promote the commission of the aforementioned violations, including, but not limited to, the following items:

  (a) Hewlett Packard computer, model A647C, bearing serial number MXM43602ZQ; and

  (b) One Labtec web camera.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY